UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2017 JAN -4  PM 2: 44

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RAFAEL ROJAS-REYES, | ) | Cause No. 1:16-cr-00123-TWP-DKL-01 |
| OSCAR MACIAS, | ) | -02 |
| MERATH MORA-CHAVEZ, | ) | -03 |
| FRANCISCO TOLEDO-SANTOS, | ) | -04 |
| a/k/a Chiapas, | ) | |
| ROBERTO S. MACIAS, | ) | -06 |
| HECTOR SAUL CASTRO-AGUIRRE, | ) | -07 |
| a/k/a Chapo, | ) | |
| a/k/a Chapito, | ) | |
| ELVIA BARRIOS-MORENO, | ) | -08 |
| ALDO MACHADO-CASTRO | ) | -09 |
| JOHN RAMIREZ-PRADO, | ) | -10 |
| RAFAEL LNU, | ) | -11 |
| a/k/a Flaco, | ) | |
| YESENIA ANDRADE-GUILLEN, | ) | -12 |
| JESUS LOPEZ-ACOSTA, | ) | -13 |
| a/k/a Jessie, | ) | |
| JULIO CESAR CEBRERO-ALVAREZ, | ) | -14 |
| JOSE MANUEL CARRILLO-TREMILLO, | ) | -15 |
| a/k/a Meche, | ) | |
| CRISTIAN GARCIA, | ) | -16 |
| MELVIN PERALTA, | ) | -17 |
| a/k/a Leonardo, | ) | |
| | ) | |
| Defendants, | ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

**[Conspiracy to Distribute Controlled Substances – 21 U.S.C. § 846]**

The Grand Jury charges that:

From on or about July 8, 2015 through September 4, 2016, in the Southern District of

Indiana, Indianapolis Division, RAFAEL ROJAS-REYES, OSCAR MACIAS, MERATH

MORA-CHAVEZ, FRANCISCO TOLEDO-SANTOS, a/k/a Chiapas, ROBERTO S. MACIAS, HECTOR SAUL CASTRO-AGUIRRE, a/k/a Chapo, a/k/a Chapito, ELVIA BARRIOS-MORENO, ALDO MACHADO-CASTRO, RAFAEL LNU, a/k/a Flaco, JOHN RAMIREZ-PRADO, YESENIA ANDRADE-GUILLEN, JESUS LOPEZ-ACOSTA, a/k/a Jessie, JULIO CESAR CEBRERO-ALVAREZ, JOSE MANUEL CARRILLO-TREMILLO, a/k/a Meche, CRISTIAN GARCIA, and MELVIN PERALTA, a/k/a Leonardo, did knowingly and intentionally conspire together and with other persons, known and unknown to the Grand Jury, to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## OBJECTS OF THE CONSPIRACY

The charged conspiracy had the following objects:

1.     The distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Non-Narcotic controlled substance.

2.     The distribution of 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic controlled substance.

## MANNER AND MEANS

The charged conspiracy operated in the following manner:

1.     HECTOR SAUL CASTRO-AGUIRRE, a/k/a Chapo, a/k/a Chapito ("CASTRO-AGUIRRE"), a resident of Nogales, Mexico directed the activities of a drug trafficking organization that operated throughout the United States.

2.     ANGEL BARRIOS-MORENO, a resident of Mexico, acquired methamphetamine and cocaine in Mexico and caused the controlled substances to be smuggled across the border into the United States.  ELVIA BARRIOS-MORENO smuggled cocaine across the border from

Nogales, Mexico into the United States for delivery to the CASTRO-AGUIRRE ORGANIZATION.

3.     ALDO MACHADO-CASTRO, ("MACHADO-CASTRO"), a resident of Tucson, Arizona, served as the primary methamphetamine source for the CASTRO-AGUIRRE ORGANIZATION.

4.     ELVIA BARRIOS-MORENO and RAFAEL LNU, a/k/a Flaco, a resident of Montebello, California, served as the primary cocaine sources for the CASTRO-AGUIRRE ORGANIZATION.

5.     CASTRO-AGUIRRE directed various drug couriers to transport methamphetamine and cocaine from the western United States to various cities in the Midwestern and Eastern United States.  These drug couriers included YESENIA SAMANIEGO, JESUS SAMANIEGO, JOHN RAMIREZ-PRADO ("RAMIREZ-PRADO"), YESENIA ANDRADE-GUILLEN ("ANDRADE-GUILLEN"), JESUS LOPEZ-ACOSTA, a/k/a Jessie ("LOPEZ-ACOSTA"), and JULIO CESAR CEBRERO-ALVAREZ ("CEBRERO-ALVAREZ"). The cities that received controlled substances from the CASTRO-AGUIRRE ORGANIZATION included the following:  Indianapolis, Indiana; Lufkin, Texas; Reading, Pennsylvania; Queens, New York; New Brunswick, New Jersey; Columbus, Ohio; and Omaha, Nebraska.

6.     RAFAEL ROJAS-REYES ("ROJAS-REYES") received methamphetamine and cocaine from the CASTRO-AGUIRRE ORGANIZATION and operated a methamphetamine and cocaine trafficking cell in the Indianapolis, Indiana area ("ROJAS-REYES CELL").  The ROJAS-REYES CELL distributed methamphetamine and cocaine in the Indianapolis area.  The following individuals, among others, worked for the ROJAS-REYES CELL:

A.      OSCAR MACIAS, a resident of Avon, Indiana, stored methamphetamine, cocaine, and currency for the ROJAS-REYES CELL, distributed methamphetamine for the ROJAS-REYES CELL, and drove ROJAS-REYES to various locations to facilitate his drug trafficking activity.

B.      MERATH MORA-CHAVEZ, a resident of Indianapolis, Indiana, distributed methamphetamine for the ROJAS-REYES CELL.

C.      FRANCISCO TOLEDO-SANTOS, a/k/a Chiapas ("TOLEDO-SANTOS"), a resident of Avon, Indiana stored and distributed methamphetamine for the ROJAS-REYES CELL.

D.      ROBERTO MACIAS, a resident of Indianapolis, Indiana transported and stored methamphetamine for the ROJAS-REYES CELL.

7.      JOSE MANUEL CARRILLO-TREMILLO, a/k/a Meche ("CARRILLO-TREMILLO") received cocaine from the CASTRO-AGUIRRE ORGANIZATION and operated cocaine distribution cells in Reading, Pennsylvania and Queens, New York.

8.      CRISTIAN GARCIA ("GARCIA") and MELVIN PERALTA, a/k/a Leonardo ("PERALTA"), residents of New Brunswick, New Jersey, received cocaine from the CASTRO-AGUIRRE ORGANIZATION and operated a cocaine distribution cell in New Brunswick, New Jersey.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to distribute controlled substances, the members of the conspiracy did commit, among others, the following overt acts:

4

1.     On or about July 8, 2015, at the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO and LOPEZ-ACOSTA transported approximately 28 pounds of methamphetamine from Tucson, Arizona to Lufkin, Texas.  After arriving in Lufkin, CASTRO-AGUIRRE delivered the methamphetamine to AGUSTIN MARTINEZ-ENRIQUEZ and ALONZO MARTINEZ-ENRIQUEZ for redistribution.

2.     On or about July 19, 2015, YESENIA SAMANIEGO, RAMIREZ-PRADO, and LOPEZ-ACOSTA traveled to Montebello, California.  While in Montebello, CASTRO-AGUIRRE obtained approximately 27 kilograms of cocaine from RAFAEL LNU and delivered the cocaine to YESENIA SAMANIEGO, RAMIREZ-PRADO, and LOPEZ-ACOSTA.  At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, RAMIREZ-PRADO, and LOPEZ-ACOSTA transported the cocaine from Montebello to Queens, New York.  After arriving in Queens, CASTRO-AGUIRRE and LOPEZ-ACOSTA fronted the cocaine to CARRILLO-TREMILLO for redistribution.

3.     On or about August 8, 2015, ELVIA BARRIOS-MORENO delivered over 10 kilograms of cocaine to YESENIA SAMANIEGO in Tucson, Arizona.  At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO and RAMIREZ-PRADO transported the cocaine from Tucson to East Brunswick, New Jersey.  After arriving in East Brunswick, CASTRO-AGUIRRE fronted the cocaine to GARCIA and PERALTA for redistribution.  After GARCIA and PERALTA sold the cocaine, CASTRO-AGUIRRE collected the money from them.  At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO and RAMIREZ-PRADO transported the drug proceeds from New Brunswick to Tucson for delivery to CASTRO-AGUIRRE.

4.      On or about September 26, 2015, ELVIA BARRIOS-MORENO delivered at least 10 kilograms of cocaine to YESENIA SAMANIEGO in Tucson, Arizona.  At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported the cocaine from Tucson to East Brunswick, New Jersey.  After arriving in East Brunswick, CASTRO-AGUIRRE fronted the cocaine to GARCIA and PERALTA for redistribution.  After GARCIA and PERALTA sold the cocaine, CASTRO-AGUIRRE collected the money from them.  At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported the drug proceeds from East Brunswick to Tucson for delivery to CASTRO-AGUIRRE.

5.      On or about October 22, 2015, ELVIA BARRIOS-MORENO delivered approximately 30 kilograms of cocaine to YESENIA SAMANIEGO in Tucson, Arizona.  At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, RAMIREZ-PRADO, and LOPEZ-ACOSTA transported the cocaine from Tucson to East Brunswick, New Jersey.  After arriving in East Brunswick, CASTRO-AGUIRRE fronted the cocaine to GARCIA and PERALTA for redistribution.  After GARCIA and PERALTA sold the cocaine, CASTRO-AGUIRRE collected the money from them.  At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO, RAMIREZ-PRADO, and LOPEZ-ACOSTA transported the drug proceeds from East Brunswick to Tucson for delivery to CASTRO-AGUIRRE.

6.      On or about November 3, 2015, MACHADO-CASTRO caused approximately 29 pounds of methamphetamine to be delivered to YESENIA SAMANIEGO in Tucson, Arizona.  At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO and RAMIREZ-PRADO transported the methamphetamine from Tucson to Avon, Indiana.  After arriving in Avon, CASTRO-AGUIRRE fronted the methamphetamine to ROJAS-REYES for redistribution.

7.      On or about November 13, 2015, ELVIA BARRIOS-MORENO delivered approximately 30 kilograms of cocaine to YESENIA SAMANIEGO in Tucson, Arizona. At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported the cocaine from Tucson to Avon, Indiana. While in Indianapolis, at the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO and ANDRADE-GUILLEN collected approximately $100,000 in currency from ROJAS-REYES. YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported the cocaine and currency from Avon to East Brunswick, New Jersey. After arriving in East Brunswick, CASTRO-AGUIRRE fronted the cocaine to GARCIA and PERALTA for redistribution.

8.      On or about December 9, 2015, MACHADO-CASTRO delivered approximately 32 pounds of methamphetamine to YESENIA SAMANIEGO in Tucson, Arizona. At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported the methamphetamine from Tucson to Indianapolis, Indiana. After arriving in Indianapolis, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE GUILLEN delivered the methamphetamine to an unidentified associate of ROJAS-REYES for delivery to ROJAS-REYES.

9.      On or about December 13, 2015, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN traveled to Montebello, California. While in Montebello, CASTRO-AGUIRRE obtained approximately 40 kilograms of cocaine from RAFAEL LNU and delivered the cocaine to YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN. At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported the cocaine from Montebello to Queens, New

York. After arriving in Queens, CASTRO-AGUIRRE fronted the cocaine to CARRILLO-TREMILLO for redistribution. After CARRILLO-TREMILLO sold the cocaine, CASTRO-AGUIRRE collected the money from him. At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported some of the drug proceeds from Queens to Tucson for delivery to CASTRO-AGUIRRE.

10. On or about January 15, 2016, at the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, RAMIREZ-PRADO, ANDRADE-GUILLEN, and CEBRERO-ALVAREZ flew from Tucson, Arizona to New York, New York. YESENIA SAMANIEGO, RAMIREZ-PRADO, ANDRADE-GUILLEN and CEBRERO-ALVAREZ drove from New York to Reading, Pennsylvania. After arriving in Reading, CASTRO-AGUIRRE provided approximately $1,000,000 in currency which he had collected from CARRILLO-TREMILLO. At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported the currency from Reading to Montebello, California for delivery to CASTRO-AGUIRRE.

11. On or about January 29, 2016, ELVIA BARRIOS-MORENO attempted to transport approximately 11 kilograms of cocaine from Nogales, Mexico to Nogales, Arizona for delivery to YESENIA SAMANIEGO and JESUS SAMANIEGO.

12. On or about February 19, 2016, YESENIA SAMANIEGO, JESUS SAMANIEGO, and YESENIA ANDRADE-GUILLEN traveled to Montebello, California. While in Montebello, CASTRO-AGUIRRE obtained approximately 50 kilograms of cocaine from RAFAEL LNU and delivered the cocaine to YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN. At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN transported the

cocaine from Montebello to Reading, Pennsylvania. After arriving in Reading, CASTRO-AGUIRRE fronted the cocaine to CARRILLO-TREMILLO for redistribution. After CARRILLO-TREMILLO sold the cocaine, CASTRO-AGUIRRE collected the money from him. At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN transported the drug proceeds from Reading to Montebello for delivery to CASTRO-AGUIRRE.

13.     On or about March 9, 2016, YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN traveled from Tucson, Arizona to Montebello, California. While in Montebello, CASTRO-AGUIRRE obtained approximately 30 kilograms of cocaine from RAFAEL LNU and delivered the cocaine to YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN. At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN transported the cocaine from Montebello to Avon, Indiana. After arriving in Avon, CASTRO-AGUIRRE fronted the approximately 24 kilograms of the cocaine to ROJAS-REYES for redistribution. At the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN transported the remaining cocaine from Avon to Queens, New York. After arriving in Queens, CASTRO-AGUIRRE fronted approximately 6 kilograms of cocaine to an individual known as "Tono" for redistribution. On or about March 13, 2016, at the direction of CASTRO-AGUIRRE, CEBRERO-ALVAREZ traveled from Tucson to Indianapolis to monitor ROJAS-REYES' efforts to distribute controlled substances.

14.     Between January 29, 2016 and March 30, 2016, an unknown female working for ANGEL BARRIOS-MORENO delivered at least 20 pounds of methamphetamine to YESENIA SAMANIEGO in Valencia, Arizona. At the direction of CASTRO-AGUIRRE, YESENIA

SAMANIEGO and JESUS SAMANIEGO stored the methamphetamine at their residence in Tucson, Arizona until another individual working for CASTRO-AGUIRRE obtained the methamphetamine from them.

15. On or about March 30, 2016, at the direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO and JESUS SAMANIEGO traveled from Tucson, Arizona to Avon, Indiana. While in Avon, CASTRO-AGUIRRE provided YESENIA SAMANIEGO and JESUS SAMANIEGO with over 20 pounds of methamphetamine. At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO and JESUS SAMANIEGO transported the methamphetamine from Avon to Columbus, Ohio. CASTRO-AGUIRRE drove to Columbus in a separate vehicle. While in Columbus, CASTRO-AGUIRRE delivered the methamphetamine to an unknown individual.

16. On or about April 27, 2016, at the direction of RAFAEL ROJAS-REYES ("ROJAS-REYES"), OSCAR MACIAS delivered approximately one pound of methamphetamine to a confidential informant ("Individual #1") in Indianapolis, Indiana.

17. On or about May 2, 2016, CASTRO-AGUIRRE placed a telephone call to YESENIA SAMANIEGO and advised her that rival members of the Sinaloa Cartel had kidnapped ANGEL BARRIOS-MORENO and were holding him hostage pending a $500,000 ransom payment. On or about May 2, 2016, YESENIA SAMANIEGO and JESUS SAMANIEGO flew from Tucson, Arizona to Indianapolis, Indiana. CASTRO-AGUIRRE collected approximately $250,000 in currency from ROJAS-REYES. CASTRO-AGUIRRE, YESENIA SAMANIEGO, and JESUS SAMANIEGO transported the $250,000 in currency from Indianapolis to Queens, New York, where CASTRO-AGUIRRE and JESUS SAMANIEGO delivered the money to an individual designated by ANGEL BARRIOS-MORENO' wife.

Despite the ransom payment, members of the Sinaloa Cartel executed ANGEL BARRIOS-MORENO's and two other individuals on or about May 10, 2016.

18.     On or about May 6, 2016, ROJAS-REYES delivered approximately three and one-half pounds of methamphetamine to Individual #1 in the parking lot of a Target store located at 10209 East U.S. Highway 36, Avon, Indiana.

19.     On or about May 11, 2016, ROBERTO MACIAS and ROJAS-REYES drove from Indianapolis, Indiana to Tucson, Arizona.  While in Arizona, ROJAS-REYES received approximately 30 pounds of methamphetamine from associates of CASTRO-AGUIRRE and approximately 30 pounds of methamphetamine from another individual.  At ROJAS-REYES' direction, ROBERTO MACIAS transported the methamphetamine from Tucson to Avon, Indiana and transferred the methamphetamine to ROJAS-REYES.  ROJAS-REYES caused the distribution of methamphetamine and drug proceeds to individuals whom he supervised in the ROJAS-REYES CELL as follows:

   A.     On or about May 24, 2016, ROJAS-REYES and MORA-CHAVEZ delivered approximately one pound of methamphetamine to Individual #1 in the parking lot outside of the Birriera Andrade Mexican Restaurant, located at 2135 West Washington Street, Indianapolis, Indiana.

   B.     On or about May 25, 2016, TOLEDO-SANTOS and MORA-CHAVEZ attempted to deliver three pounds of methamphetamine to FRANCISCO RODRIGUEZ-MACIAS at 2855 West Ray Street, Indianapolis, Indiana.

   C.     On or about May 25, 2016, TOLEDO-SANTOS possessed approximately twelve pounds of methamphetamine, digital scales, heat sealing equipment, and baggies

11

at 3454 Marabou Mills Place, Indianapolis, Indiana. TOLEDO-SANTOS stored this
methamphetamine for ROJAS-REYES.

      D.     On or about May 25, 2016, OSCAR MACIAS possessed approximately
$41,950 in currency at 614 Gipper Way East, Apartment F, Avon, Indiana.

      E.     On or about May 25, 2016, ROJAS-REYES possessed approximately
$10,119 in currency and a drug ledger at 611 Gipper Way East, Avon, Indiana.

      F.     On or about May 26, 2016, ROBERTO MACIAS possessed
approximately 21 pounds of methamphetamine, digital scales, heat sealing equipment,
baggies, and a money counting machine at 2121 North Duck Lane, Indianapolis, Indiana.

20.     On or about May 20, 2016, CASTRO-AGUIRRE, YESENIA SAMANIEGO, and
JESUS SAMANIEGO drove from Tucson, Arizona to Montebello, California. While in
Montebello, CASTRO-AGUIRRE and JESUS SAMANIEGO obtained approximately 57
kilograms of cocaine from RAFAEL LNU. At the direction of CASTRO-AGUIRRE, YESENIA
SAMANIEGO and JESUS SAMANIEGO transported the cocaine from Montebello to Reading,
Pennsylvania, while CASTRO-AGUIRRE followed in a separate vehicle. After arriving in
Reading, CASTRO-AGUIRRE fronted the cocaine to CARRILLO-TREMILLO for
redistribution. After CARRILLO-TREMILLO sold the cocaine, CASTRO-AGUIRRE collected
the money from him. At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO and
JESUS SAMANIEGO transported some of the drug proceeds from Reading to Montebello for
delivery to CASTRO-AGUIRRE.

21.     On or about June 30, 2016, CEBRERO-ALVAREZ possessed approximately 4
kilograms of cocaine in Pinal, Arizona.

22.     On or about July 23, 2016, YESENIA SAMANIEGO and JESUS SAMANIEGO traveled from Tucson, Arizona to Omaha, Nebraska.  After arriving in Omaha, YESENIA SAMANIEGO and JESUS SAMANIEGO obtained approximately seven pounds of methamphetamine from an unknown individual at the direction of CASTRO-AGUIRRE.  At the further direction of CASTRO-AGUIRRE, YESENIA SAMANIEGO and JESUS SAMANIEGO transported the methamphetamine from Omaha to Indianapolis, Indiana for delivery to another individual.

23.     On or about September 4, 2016, ANDRADE-GUILLEN possessed approximately $2.4 million while driving westbound on Interstate 70 in Madison County, Illinois.

All in violation of Title 21, United States Code, Section 846.


## COUNT TWO

### [Continuing Criminal Enterprise – 21 U.S.C. §§ 848(a), (b)(1)]

The Grand Jury further charges that:

Beginning on or about July 8, 2015 and continuing up to and including September 4, 2016, in the Southern District of Indiana, Indianapolis Division, and elsewhere, HECTOR SAUL CASTRO-AGUIRRE, a/k/a Chapo, a/k/a Chapito, did knowingly, intentionally, and unlawfully engage in a continuing criminal enterprise, in that the defendant knowingly, intentionally, and unlawfully violated Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et seq.*, that involved at least ten kilograms of a mixture or substance containing methamphetamine and at least one hundred and fifty kilograms of a mixture or substance containing a detectable amount of cocaine, were undertaken by the

13

defendant in concert with at least five other persons with respect to whom the defendant occupied a position of management, from which the defendant obtained substantial income and resources, and that the defendant was a principal leader of the enterprise.

The continuing series of violations committed by HECTOR SAUL CASTRO-AGUIRRE include, but are not limited to, the following felony violations of the Controlled Substances Act:

1.      On or about November 6, 2015, HECTOR SAUL CASTRO-AGUIRRE did knowingly and intentionally distribute methamphetamine to RAFAEL ROJAS-REYES in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

2.      On or about November 15, 2015, HECTOR SAUL CASTRO-AGUIRRE did knowingly and intentionally possess cocaine with intent to distribute in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

3.      On or about December 11, 2015, HECTOR SAUL CASTRO-AGUIRRE did knowingly and intentionally distribute methamphetamine in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4.      On or about March 13, 2016, HECTOR SAUL CASTRO-AGUIRRE did knowingly and intentionally distribute cocaine to RAFAEL ROJAS-REYES in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

5. On or about April 1, 2016, HECTOR SAUL CASTRO-AGUIRRE did knowingly and intentionally distribute methamphetamine to YESENIA SAMANIEGO and JESUS SAMANIEGO in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

6. On or about July 29, 2016, HECTOR SAUL CASTRO-AGUIRRE did knowingly and intentionally possess methamphetamine with intent to distribute in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

All in violation of Title 21, United States Code, Sections 848(a) and (b)(1).


## COUNT THREE

**[Continuing Criminal Enterprise – 21 U.S.C. §§ 848(a), (b)(1)]**

The Grand Jury further charges that:

Beginning on or about November 6, 2015 and continuing up to and including May 26, 2016, in the Southern District of Indiana, Indianapolis Division, and elsewhere, RAFAEL ROJAS-REYES did knowingly, intentionally, and unlawfully engage in a continuing criminal enterprise, in that the defendant knowingly, intentionally, and unlawfully violated Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, which violations were part of a continuing series of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, *et seq.*, that involved at least ten kilograms of a mixture or substance containing methamphetamine, were undertaken by the defendant in concert with at least five other persons with respect to whom the defendant occupied a position of management, from which the

15

defendant obtained substantial income and resources, and that the defendant was a principal leader of the enterprise.

The continuing series of violations committed by RAFAEL ROJAS-REYES include, but are not limited to, the following felony violations of the Controlled Substances Act:

1.      On or about November 6, 2015, RAFAEL ROJAS-REYES did knowingly and intentionally possess methamphetamine with intent to distribute in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

2.      On or about December 11, 2015, RAFAEL ROJAS-REYES did knowingly and intentionally possess methamphetamine with intent to distribute in Indianapolis, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

3.      On or about March 13, 2016, RAFAEL ROJAS-REYES did knowingly and intentionally possess cocaine with intent to distribute in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4.      On or about May 6, 2016, RAFAEL ROJAS-REYES did knowingly and intentionally distribute approximately three and one-half pounds of methamphetamine to Individual #1 in Avon, Indiana, in violation of Title 21, United States Code, Section 841(a)(1).

5.      On or about May 20, 2016, RAFAEL ROJAS-REYES did knowingly and intentionally possess methamphetamine with intent to distribute in Indianapolis, Indiana, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

6.      On or about May 24, 2016, RAFAEL ROJAS-REYES did knowingly and intentionally distribute approximately one pound of methamphetamine to Individual #1 in Indianapolis, Indiana, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Sections 848(a) and (b)(1).

## COUNT FOUR

### [Conspiracy to Launder Monetary Instruments – 18 U.S.C. § 1956(h)]

The Grand Jury further charges that:

From on or about July 8, 2015 through September 4, 2016, in the Southern District of Indiana, Indianapolis Division, and elsewhere, RAFAEL ROJAS-REYES, OSCAR MACIAS, HECTOR SAUL CASTRO-AGUIRRE, a/k/a Chapo, a/k/a Chapito, JOHN RAMIREZ-PRADO, YESENIA ANDRADE-GUILLEN, and JOSE MANUEL CARRILLO-TREMILLO, a/k/a Meche, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to knowingly conduct financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances, with the intent to promote the carrying on of specified unlawful activity, that is the distribution of controlled substances, and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, that is to distribute methamphetamine, the members of the conspiracy did commit, among others, the following overt acts:

1.      On or about November 13, 2015, RAMIREZ-PRADO, at the direction of CASTRO-AGUIRRE, rented a Chevrolet Suburban from Budget Car Rental in Tucson, Arizona at a cost of approximately $2,670.83.

2.      On or about November 15, 2015, RAFAEL ROJAS-REYES ("ROJAS-REYES") delivered approximately $100,000 that represented the proceeds of fronted methamphetamine to YESENIA SAMANIEGO and YESENIA ANDRADE-GUILLEN ("ANDRADE-GUILLEN") in Avon, Indiana. At the direction of HECTOR SAUL CASTRO-AGUIRRE ("CASTRO-AGUIRRE"), YESENIA SAMANIEGO, JOHN RAMIREZ-PRADO ("RAMIREZ-PRADO"), and ANDRADE-GUILLEN transported the methamphetamine proceeds from Avon to East Brunswick, New Jersey.

3.      On or about December 13, 2015, RAMIREZ-PRADO, at the direction of CASTRO-AGUIRRE, rented a Dodge Durango from Budget Car Rental in Los Angeles, California at a cost of approximately $1,964.13.

4.      On or about December 22, 2015, JOSE MANUEL CARRILLO-TREMILLO, a/k/a Meche ("CARRILLO-TREMILLO"), delivered the proceeds of fronted cocaine to CASTRO-AGUIRRE in Reading, Pennsylvania. CASTRO-AGUIRRE, YESENIA SAMANIEGO, and ANDRADE-GUILLEN transported the cocaine proceeds by vehicle from Reading to New York, New York and then transported the cocaine proceeds by commercial

airlines from New York to Tucson. CASTRO-AGUIRRE took possession of all of the cocaine proceeds in Tucson.

5.      On or about January 15, 2016 and continuing to January 17, 2016, at CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO traveled to Whitestone, New York and rented a hotel room at the Extended Stay America, located in Whitestone at a cost of approximately $293.88.

6.      On or about January 16, 2016 and continuing through January 18, 2016, CARRILLO-TREMILLO rented a hotel room at the Extended Stay America, located in Whitestone, New York, at a cost of approximately $249.98.

7.      On or about January 17, 2016, CASTRO-AGUIRRE delivered approximately $1,000,000 in currency which he had collected from CARRILLO-TREMILLO for previously fronted cocaine to YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN in Reading, Pennsylvania. At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO, RAMIREZ-PRADO, and ANDRADE-GUILLEN transported the currency from Reading to Montebello, California for delivery to CASTRO-AGUIRRE.

8.      On or about February 25, 2016, CARRILLO-TREMILLO delivered the proceeds of previously fronted cocaine to CASTRO-AGUIRRE in Reading, Pennsylvania. CASTRO-AGUIRRE delivered the cocaine proceeds to YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN in Reading. At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO, JESUS SAMANIEGO, and ANDRADE-GUILLEN transported the drug proceeds from Reading to Montebello, California for delivery to CASTRO-AGUIRRE.

9.      On or about May 2, 2016, CASTRO-AGUIRRE placed a telephone call to YESENIA SAMANIEGO and advised her that rival members of the Sinaloa Cartel had

kidnapped ANGEL BARRIOS-MORENO and were holding him hostage pending a $500,000 ransom payment. On or about May 2, 2016, YESENIA SAMANIEGO and JESUS SAMANIEGO flew from Tucson, Arizona to Indianapolis, Indiana. CASTRO-AGUIRRE collected approximately $250,000 which represented the proceeds of previously fronted controlled substances from ROJAS-REYES. CASTRO-AGUIRRE, YESENIA SAMANIEGO, and JESUS SAMANIEGO transported the $250,000 in currency in a Cadillac Escalade rental vehicle from Indianapolis to Queens, New York, where CASTRO-AGUIRRE and JESUS SAMANIEGO delivered the money to an individual designated by ANGEL BARRIOS-MORENO's wife. Despite the ransom payment, members of the Sinaloa Cartel executed ANGEL BARRIOS-MORENO and two other individuals on or about May 10, 2016.

10. On or about May 11, 2016, at the direction of ROJAS-REYES, ROBERTO MACIAS rented a Chevrolet Suburban from Avis Car Rental in Indianapolis, Indiana at a cost of approximately $1,654.91.

11. On or about May 25, 2016, OSCAR MACIAS possessed approximately $41,950 in currency at 614 Gipper Way East, Apartment F, Avon, Indiana, which he had stored at this residence at the direction of ROJAS-REYES.

12. On or about May 25, 2016, ROJAS-REYES possessed approximately $10,119 in currency at 611 Gipper Way East, Avon, Indiana.

13. On or about May 27, 2016, CARRILLO-TREMILLO delivered the proceeds of previously fronted cocaine to CASTRO-AGUIRRE in Reading, Pennsylvania. CASTRO-AGUIRRE delivered the cocaine proceeds to YESENIA SAMANIEGO and JESUS SAMANIEGO in Reading. At CASTRO-AGUIRRE's direction, YESENIA SAMANIEGO and

JESUS SAMANIEGO transported some of the drug proceeds from Reading to Montebello for delivery to CASTRO-AGUIRRE.

14.     On or about August 25, 2016 and continuing through August 28, 2016, ANDRADE-GUILLEN rented a hotel room at the Holiday Inn Express located in Wyomissing, Pennsylvania at a cost of approximately $396.27.

15.     On or about September 4, 2016, ANDRADE-GUILLEN possessed approximately $2.4 million while driving westbound on Interstate 70 in Madison County, Illinois.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT FIVE

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about April 27, 2016, within the Southern District of Indiana, Indianapolis Division, OSCAR MACIAS did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about May 6, 2016, within the Southern District of Indiana, Indianapolis Division, RAFAEL ROJAS-REYES did knowingly and intentionally distribute 500 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

### [Distribution of Methamphetamine – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about May 24, 2016, within the Southern District of Indiana, Indianapolis Division, RAFAEL ROJAS-REYES and MERATH MORA-CHAVEZ did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

### [Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]

The Grand Jury further charges that:

On or about May 25, 2016, within the Southern District of Indiana, Indianapolis Division, FRANCISCO TOLEDO-SANTOS, a/k/a Chiapas, and MERATH MORA-CHAVEZ did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about May 25, 2016, within the Southern District of Indiana, Indianapolis Division, RAFAEL ROJAS-REYES did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

**[Possession of Methamphetamine With Intent to Distribute – 21 U.S.C. § 841(a)(1)]**

The Grand Jury further charges that:

On or about May 26, 2016, within the Southern District of Indiana, Indianapolis Division, ROBERTO S. MACIAS did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II, Non-Narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

1.     The allegations in Counts One through Ten of this Superseding Indictment are realleged as if fully set forth here, for the purpose of giving the defendants notice of the United States' intent to seek forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2.      If convicted of the offenses set forth in Counts One through Ten of this Superseding Indictment, RAFAEL ROJAS-REYES, OSCAR MACIAS, MERATH MORA-CHAVEZ, FRANCISCO TOLEDO-SANTOS, a/k/a Chiapas, ROBERTO S. MACIAS, HECTOR SAUL CASTRO-AGUIRRE, a/k/a Chapo, a/k/a Chapito, ELVIA BARRIOS-MORENO, ALDO MACHADO-CASTRO, JOHN RAMIREZ-PRADO, RAFAEL LNU, a/k/a Flaco, YESENIA ANDRADE-GUILLEN, JESUS LOPEZ-ACOSTA, a/k/a Jessie, JULIO CESAR CEBRERO-ALVAREZ, JOSE MANUEL CARRILLO-TREMILLO, a/k/a Meche, CRISTIAN GARCIA, and MELVIN PERALTA, a/k/a Leonardo shall forfeit to the United States any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offenses of which he or she is convicted, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses of which he is convicted.

3.      If convicted of the offenses set forth in Counts One through Ten of this Superseding Indictment, RAFAEL ROJAS-REYES, OSCAR MACIAS, MERATH MORA-CHAVEZ, FRANCISCO TOLEDO-SANTOS, a/k/a Chiapas, ROBERTO S. MACIAS, HECTOR SAUL CASTRO-AGUIRRE, a/k/a Chapo, a/k/a Chapito, ELVIA BARRIOS-MORENO, ALDO MACHADO-CASTRO, JOHN RAMIREZ-PRADO, RAFAEL LNU, a/k/a Flaco, YESENIA ANDRADE-GUILLEN, JESUS LOPEZ-ACOSTA, a/k/a Jessie, JULIO CESAR CEBRERO-ALVAREZ, JOSE MANUEL CARRILLO-TREMILLO, a/k/a Meche, CRISTIAN GARCIA, and MELVIN PERALTA, a/k/a Leonardo shall also forfeit to the United

States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any of the offenses of which he or she is convicted.

A TRUE BILL:

████████████████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Bradley A. Blackington
Chief, Drug and Violent Crime Unit