UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00123-TWP-DML |
| | ) | |
| RAFAEL ROJAS-REYES, | ) -01 | |
| HECTOR SAUL CASTRO-AGUIRRE | ) | |
| a/k/a CHAPITO | ) | |
| a/k/a CHAPO, | ) -07 | |
| JOHN RAMIREZ-PRADO, | ) -10 | |
| JOSE MANUEL CARRILLO-TREMILLO | ) | |
| a/k/a MECHE, | ) -15 | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR AUGUST 9, 2018**
**HONORABLE TANYA WALTON PRATT, DISTRICT JUDGE**

This matter was before the Court for the third day of trial by jury at the Indianapolis Courthouse. The Government appeared by Assistant United States Attorney Bradley A. Blackington. Matthew Holbrook and Eric Sills attended as agents for the Government. Defendant Rafael Rojas-Reyes appeared in person, in custody, and by CJA counsel Richard L. Ford. Defendant Hector Saul Castro-Aguirre appeared in person, in custody, and by CJA counsel Andrew J. Borland. Defendant Jose Manuel Carrillo-Tremillo appeared in person, in custody, and by CJA counsel Mario Garcia. Elizabeth Sanchez and Maria Conde-Barwise served as Spanish interpreters. The Court Reporter was David Moxley.

The Government continued presentation of its case-in-chief. Testimony was presented from the following witnesses: Brittany Raper, John Yoo, Jorge Ramos, Selim Senel, Mark Quintanilla, Yesenia Samaniego, and Phillip Bernal. Exhibits 2004A, 2013, 771, 15, 9, 772, 773, 774, 775, 776, 777, 778, 779, 780, 2831, 2832, 2833, 2834, 2835, 201, 7, 301, 8, 315, 401, 501,

734, 735, 736, 737, 738, 739, 740, 741, 742, 743, 744, 745, 746, 747, 601, 612, 613, 11, 13, 2102, 701, 801, and 18 were admitted into evidence.

The jury was admonished and instructed to return at 9:00 a.m., Friday, August 10, 2018, for continuation of the trial.

Parties were instructed to return at 9:00 a.m., Friday, August 10, 2018.

Court was recessed for the day.

Date:  8/10/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

Andrew J. Borland
LAW OFFICE OF ANDREW BORLAND
ajb@indianapolisdefense.com

Larry R. Champion
MEILS THOMPSON DIETZ & BERISH
lchampion@meilsattorney.com

Richard L. Ford
ATTORNEY AT LAW
rlfatty@gmail.com

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

M. Kendra Klump
UNITED STATES ATTORNEY'S OFFICE
kendra.klump@usdoj.gov

Terry Wayne Tolliver
BRATTAIN MINNIX GARCIA
terry@brattainminnix.com